No. 596. LOWE v. UNITED STATES. January 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied without prejudice to an application to the District Court to reduce the fines to an amount allowed by statute. *Mr. F. E. Withrow* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. M. Joseph Matan,* and *W. Marvin Smith* for the United States.

Nos. 598 and 599. HARVARD STATE BANK v. BALTIMORE & OHIO RAILROAD CO. ET AL. January 6, 1940. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit and to the District Court of the United States for the District of Maryland is denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Messrs. Meyer Abrams* and *Gersh I. Moss* for petitioner. *Messrs. Henry W. Anderson* and *Leonard D. Adkins* for respondents.

No. 580. YOUNG ET AL. v. COUNTY OF VENTURA. January 6, 1941. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied. *Messrs. Robert M. Clarke, Milton K. Young,* and *Charles C. Montgomery* for petitioners. *Mr. H. F. Orr* for respondent.

No. 589. NEWHOUSE ET AL. v. CORCORAN IRRIGATION DISTRICT. January 6, 1941. Petition for writ of certio-